**Allen McKISSIC, Respondent,**

v.

**BOR–SON CONSTRUCTION and American Risk Funding Insurance/Crawford & Company, Relators.**

No. C4–01–1831.

Supreme Court of Minnesota.

Jan. 17, 2002.

Raymond R. Peterson, Minneapolis, for Respondent.

Larry J. Peterson, St. Paul, for Relators.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed September 26, 2001, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).